G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
ROBERT WILTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILTON, <br><br> Plaintiff, <br><br> vs. <br><br> RECOVERY MANAGEMENT SERVICE, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.:  2:14-2220-SH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff ROBERT WILTON hereby voluntarily dismisses his claims, with prejudice, against Defendants RECOVERY MANAGEMENT SERVICE, INC.; and DOES 1 to 10, inclusive.

                                       RESPECTFULLY SUBMITTED,

DATED:                             **PRICE LAW GROUP APC**

May 7, 2014

                                    By: /s/ G. Thomas Martin, III
                                    G. Thomas Martin, III
                                    Attorney for Plaintiff